IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES WARD**                                                                     **PLAINTIFF**

**V.**                                                  **NO. 4:16-CV-00016-DMB-JMV**

**BELLSOUTH TELECOMMUNICATIONS,**
**LLC, d/b/a AT&T; JOHN DOE PERSON(S)**
**1- 5; and JOHN DOE COMPANY(IES) 1–5**              **DEFENDANTS**

**ORDER DISMISSING CASE**
**BY REASON OF SETTLEMENT**

      The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the action remain upon the calendar of the Court. Accordingly, this action is **DISMISSED without prejudice**.

      The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

      **SO ORDERED**, this 28th day of November, 2016.

                                                          **/s/ Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**